AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15 MC 00023-GLS-CFH |
| THE BANK OF NEW YORK MELLON | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| KEITH STANSELL [SEE RIDER A] | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   KEITH STANSELL
7146 Westmoreland Drive
Sarasota, Florida 34243

AND [SEE RIDER B]

   A lawsuit has been filed against defendant   Bank of New York Mellon  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   John Doe   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Levi Lubarsky Feigenbaum & Weiss LLP, 655 Third Avenue, 27th Floor, New York, New York 10036

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Grossman Roth, P.A., 2525 Ponce de Leon Boulvevard, Suite 1150, Coral Gables, Florida 33134

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  15 MC 00023-GLS-CFH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER A

THE COMPLETE LIST OF THIRD-PARTY RESPONDENTS IS AS FOLLOWS:

KEITH STANSELL, MARC GONSALVES, THOMAS HOWES, JUDITH G. JANIS, GREER C. JANIS, MICHAEL I. JANIS, CHRISTOPHER T. JANIS, JONATHAN N. JANIS, ANTONIO CABALLERO, GRUPO ARPOSFRAN EMRE PARTICACOE (A/K/A GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES S.A.R.L.), OVLAS TRADING, S.A., BANCO AFRICANO DE INVESTIMENTOS, ANGOLA and STANDARD CHARTERED BANK,

<u>RIDER B</u>

THE COMPLETE LIST OF NAMES AND ADDRESS FOR THE THIRD-PARTY RESPONDENTS IS AS FOLLOWS:

1. Keith Stansell
   7146 Westmoreland Drive
   Sarasota, Florida 34243

2. Marc Gonsalves
   107 Margherita Lawn
   Stratford, Connecticut 06615

3. Thomas Howes
   3630 S. Tropical Trail
   Merritt Island, Florida 32952

4. Judith G. Janis
   305 Foxchase Drive
   Pike Road, Alabama 36064

5. Greer C. Janis
   720 Cardover Avenue
   Chesapeake, Virginia 23325

6. Michael I. Janis
   305 Foxchase Drive
   Pike Road, Alabama 36064

7. Christopher T. Janis
   1215 Ives Street
   Watertown, New York 13601

8. Jonathan Janis
   12860 Madison Pointe Circle
   Orlando, Florida 32821

9. Antonio Caballero
   c/o Zumpano Patricios & Winker, P.A.
   312 Minorca Avenue
   Coral Gables, Florida 33134

10. Grupo Arosfran Empreendimentos e Participacoes S.A.R.L.
    Attn: Legal Department
    Avenida Comandante Valodia, No. 65, Primeiro andar
    Luanda 0512, Angola

2

11. Ovlas Trading S.A.
    Attn: Legal Department
    Al Salia Building, No. 4465/5
    Embassy Street
    Bir Hassan Area
    Baabda 1003, Lebanon

12. Banco Africano de Investimentos, Angola (currently known, to the best of BNY Mellon's knowledge, as Banco Angolano de Investimentos, S.A.)
    Attn: Mr. Mario Alberto Barber, CEO
    Rua Major Kanhangulo, 34
    Luanda 6022, Angola

13. Standard Chartered Bank
    Attn: Legal Department
    1095 Avenue of the Americas
    New York, NY 10036