**NORTHERN DISTRICT OF ILLINOIS UNITED STATES DISTRICT COURT**

Job #: 151101

Attorney: Porter & Korvick PH:
Address: 9655 South Dixie Highway Suite 208 Miami, FL 33156

## AFFIDAVIT OF SERVICE

Keith Stansell et al..

vs

Revolutionary Armed Forces of Colombia ("FARC") et al...

*Plaintiff*

*Defendant*

Index Number: 15 CV 06826

Date Filed:

Client's File No.:

Court Date:

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**Juan Pereira**, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York. On **8/5/2015**, at **2:27 PM** at: **1 Wall Street, NY, NY 10005** Deponent served the within **Third-Party Citation to Discover Assets**

upon: **The Bank of New York Mellon**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (Authorized Agent) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Luz N. Rivera/Paralegal personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized Agent thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female   Color of skin: Olive   Color of hair: Brown   Glasses:
Age: 36 - 50 Yrs.   Height: 5ft 4inches - 5ft 8inches   Weight: 161-200 Lbs.   Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 8/7/2015

NOT APPLICABLE AS FEDERAL PAPERS
WHEREIN NOTARY REQUIREMENTS WAIVED

MARGHERITA LOSA GIVNEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GI6205464
Qualified in Queens County
My Commission Expires May 11, 2017

Juan Pereira
0862954

Service received from NY Server LLC 450 Route 25A East Setauket NY 11733 631 778 8021 NYC DCA 1355424 o/b/o
*NY SERVER LLC, 450 ROUTE 25A #814, EAST SETAUKET 11733*